UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| R.S. by and through her guardian ad litem JOHNNIE KENNARD, <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>MICHAEL J. ASTRUE, Comm., Social Security Administration, <br><br>　　　　　Defendant, | ) ED CV 09-02066-JVS <br> ) <br> ) ORDER ADOPTING REPORT <br> ) AND RECOMMENDATION OF <br> ) UNITED STATES MAGISTRATE <br> ) JUDGE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

　　　Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

　　　IT IS ORDERED that (1) the Report and Recommendation is approved and adopted as the Fact and Conclusions of Law herein; (2) that the decision of the Commissioner is reversed and remanded for further Proceedings, pursuant to Sentence 4 of U.S.C. §405(g).

　　　IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and on the United States Attorney.

DATED: September 28, 2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1