UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| R.S. by and through her guardian ad litem JOHNNIE KENNARD,<br><br>                Plaintiff,<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security Administration,<br><br>                Defendant. | ED CV 09-02066-JVS (SH)<br><br>JUDGMENT |

    IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, and the decision of the Commissioner is reversed and remanded pursuant to Sentence 4 of 42 U.S.C. § 405(g).

DATED: September 28, 2010

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE