**JOEL D. LEIDNER**
*Attorney at Law*
CSBN# 52559
4622 Hollywood Boulevard
Los Angeles, CA 90027
Telephone: (323) 664-5670
Fax:          (323) 662-0840
Email: joel.leidner@igc.org

Attorney for Plaintiff
R.S. by and through her
Guardian ad Litem
JOHNNIE KENNARD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| R.S. by and through her Guardian ad Litem JOHNNIE KENNARD,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No: CV 09-02066-JVS-SH<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under EAJA in the amount of three thousand eight hundred dollars and no cents ($3,800.00), as authorized by 28 U.S.C. § and 2412(d), subject to the terms of the above-referenced Stipulation.

1
2  Dated: 7/16/13

     _____
     JAMES V. SELNA
     United States ~~District~~ Judge

     STEPHEN J. HILLMAN
     UNITED STATES MAGISTRATE JUDGE

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28