1  **JOEL D. LEIDNER**
   *Attorney at Law*
2  CSBN# 52559
   4622 Hollywood Boulevard
3  Los Angeles, CA 90027
   Telephone: (323) 664-5670
4  Fax:          (323) 662-0840
   Email: joel.leidner@igc.org
5
6  Attorney for Plaintiff
   R.S. by and through her
7  Guardian ad Litem
   JOHNNIE KENNARD
8
9
10                UNITED STATES DISTRICT COURT
11                CENTRAL DISTRICT OF CALIFORNIA
12                       WESTERN DIVISION
13
14
15  R.S. by and through her
    Guardian ad Litem
16  JOHNNIE KENNARD
                                    )   Case No: CV 09-02066-JVS-SH
17            Plaintiff,             )
                                     )
18       v.                          )   [PROPOSED] ORDER AWARDING
                                     )   EQUAL ACCESS TO JUSTICE ACT
19  MICHAEL J. ASTRUE,               )   ATTORNEY FEES AND COSTS
    Commissioner of                  )   PURSUANT TO 28 U.S.C. § 2412(d)
20  Social Security,                 )
                                     )
21            Defendant.             )
                                     )
22
23       Based upon the parties' Stipulation for the Award and Payment of Equal Access
24  to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's
25
26  assignee, shall be awarded attorney fees under EAJA in the amount of three thousand
27  eight hundred dollars and no cents ($3,800.00), as authorized by 28 U.S.C. § and
28
    2412(d), subject to the terms of the above-referenced Stipulation.

1
2  Dated: 7/10/13
3
4                                           _____
                                            JAMES V. SELNA
5                                           United States District Judge

                                                    STEPHEN J. HILLMAN
                                              UNITED STATES MAGISTRATE JUDGE